Isaac D. Baker, Respondent, v. Cornelius D. Ruggles, Appellant.— Judgment and order affirmed, with costs. All concurred.

John M. Greenfield, Respondent, v. Arthur M. Edwards, Appellant.— Judgment and order affirmed, with costs. All concurred, except Williams, J., who dissented upon the ground that improper evidence was admitted on the question of damages and that the damages awarded are excessive.

James H. Tamblin and Others, Appellants, v. Frank Donely and Others, Respondents.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. All concurred.

Maria Notarpolo, Appellant, v. Antonio Palermo, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred.

In the Matter of the Application of George M. Fox, Appellant, for an Order Directing and Authorizing a Special Town Meeting to Be Held in and for the Town of Wellsville, New York. The Town Board of the Town of Wellsville and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. All concurred.

The Board of Water Commissioners of the City of Corning, Respondent, v. City of Corning, Appellant.— Motion for leave to appeal to the Court of Appeals granted, and question for review certified.

The Board of Water Commissioners of the City of Corning, Respondent, v. City of Corning, Appellant.— Motion for leave to appeal to Court of Appeals granted, and question for review certified.

Esther S. Stanfield, as Administratrix, etc., Respondent, v. Town of Hamburg, Appellant.— Motion to amend order of reversal denied, without costs.

In the Matter of the Application of Charles O. Roberts and Others for the Removal of Thomas J. Acheson, as Supervisor of the Town of Philadelphia, Jefferson County, New York.— William G. Tracy, an attorney residing at Syracuse, N. Y., appointed referee to take the proofs upon the issues raised by the petition and the answer thereto and report the same with his opinion thereon to this court.

El Dorado Jewelry Company, Appellant, v. George O. Pennock, Respondent. — Motion to dismiss appeal granted, with ten dollars costs.

William L. Meylor, as Administrator, etc., Appellant, v. George V. White and Another, Respondents.— Motion to dismiss appeal granted, with ten dollars costs.